

FILED
APR 0 8 2020
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-137-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER DENNIS SHELTON, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 35). For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 7th day of April, 2020.

SUSAN P. WATTERS
United States District Court Judge

1