

FILED

JUL 2 7 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 19-137-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER** |
| CHRISTOPHER DENNIS SHELTON, | |
| Defendant. | |

Upon the Defendant's Motion to Amend Scheduling Order (Doc. 46), and for good cause appearing,

IT IS HEREBY ORDERED that all pretrial motions and supporting briefs, excluding motions *in limine*, shall be filed on or before **August 10, 2020**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _27th_ day of July, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1